IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RASHAWNDA NICOLE
ALEXANDER-JOHNSON,

   Plaintiff,

  v.

LIDS / HAT WORLD,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-865-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 58] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 42]. The Magistrate Judge correctly analyzed the Plaintiff's sexual harassment and retaliation claims. The Plaintiff's Objections to the Report and Recommendation are without merit. The Defendant's Motion for Summary Judgment [Doc. 42] is GRANTED.

SO ORDERED, this 2 day of December, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge